JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise L. Ybarra,<br><br>    Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00324-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 15) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from November 26, 2021 to January 10, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

Additionally, Counsel has pre-planned vacation for the Thanksgiving and Christmas holidays.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: October 19, 2021       PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff

Dated: October 19, 2021      PHILLIP A. TALBERT
                                  Acting United States Attorney
                                  LISA A. THOMAS
                                  Regional Chief Counsel, Region VII
                                  Social Security Administration

                            By:  */s/ Jennifer E. Whelan*
                                  Jennifer E. Whelan
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on October 19, 2021)

# ORDER

Pursuant to the parties' above stipulation (Doc. 15), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including January 10, 2022, to file her motion for summary judgment. All other dates in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated:     **October 20, 2021**                    /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE