PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
      Special Assistant United States Attorney
      601 E 12th Street, Suite 965
      Kansas City, MO 64106
      Telephone: (816) 936-5931
      Facsimile: (833) 950-3518
      Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DENISE L. YBARRA,<br><br>         Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.: 1:21-cv-00324-SKO<br><br>STIPULATION AND ORDER TO REMAND<br><br>(Doc. 19) |

     IT IS STIPULATED by and between Denise L. Ybarra (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

     Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate the joint opinion of Plaintiff's treatment providers, Daniel Watrous, M.D., and Cynthia Shipp-Rowell, FNP-C.  The parties further request that the Court direct the Clerk of the Court to enter

Stip. to Remand; 1:21-cv-00324-SKO

1  a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

2  Commissioner.

3       This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

4  Social Security Act, 42 U.S.C. 405(g).

5       Respectfully submitted this 22nd day of February, 2022.

6

7  Dated:  February 23, 2022                    /s/ *Jonathan O. Peña*
                                               JONATHAN O. PEÑA
8                                              Attorney for Plaintiff
                                               *Authorized via e-mail on February 18, 2022
9

10 Dated:  February 23, 2022                   PHILLIP A. TALBERT
                                               United States Attorney
11                                             LISA A. THOMAS
                                               Regional Chief Counsel, Region VII
12                                             Social Security Administration
13

14                               By:           /s/ *Sarah E. Preston*__
                                               SARAH E. PRESTON
15                                             Special Assistant United States Attorney

16                                             Attorneys for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand; 1:21-cv-00324-SKO

1

**ORDER**

2        Based upon the parties' above stipulation for voluntary remand pursuant to sentence four

3   of 42 U.S.C. § 405(g) (the "Stipulation") (Doc. 19), and for good cause shown,

4        IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the

5   Commissioner of Social Security for further proceedings consistent with the terms of the

6   Stipulation.

7        The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff

8   Denise L. Ybarra and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security;

9   and (2) administratively close this file.

10

IT IS SO ORDERED.

11

12   Dated:   __**February 23, 2022**__                    /s/ *Sheila K. Oberto*

13                                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand; 1:21-cv-00324-SKO